**\*\* E-filed May 10, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN WRIGHT, | No. C10-01723 HRL |
| Plaintiff, | **ORDER REASSIGNING CASE TO A DISTRICT COURT JUDGE** |
| v. | |
| BANK OF AMERICA, N.A., et al, | |
| Defendants. | |

On April 29, 2010, defendant Bank of America filed a motion to dismiss plaintiff's complaint. Because no party had yet consented to the undersigned's jurisdiction, a reminder notice was sent to the parties requesting either consents or declinations by May 6, 2010. *See* N.D. Cal. Civ. R. 73-1(a)(2). No party has made any such filing. Accordingly, this court ORDERS the Clerk of the Court to reassign this case to a district court judge. Defendant shall re-notice its motion to dismiss before the newly assigned judge.

Dated: May 10, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C 10-01723 HRL Notice will be electronically mailed to:**

2  Robert Joseph Buscho    rbuscho@unitedlawgroup.com, avonpropst@unitedlawgroup.com, dkruid@unitedlawgroup.com

3  Stuart Winston Price    swprice@bryancave.com, holly.ottiger@bryancave.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**